**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

SAMARIAH LOCKHART, individually and as a parent and guardian of her minor child, P.M., JUSTINE SHAMEY, individually and as a parent and guardian of her minor child, A.B., KRISTIN ECKART, individually and as a parent and guardian of her minor children, J.E. and T.E., and CARA LEWIS, individually and as a parent and guardian of her minor children, M.L. and A.L., and on behalf of all others similarly situated,

    Plaintiffs,

 v.

POWERSCHOOL HOLDINGS, INC. and POWERSCHOOL GROUP LLC,

    Defendants.

Case No. 2:25-cv-00393-DJC-JDP

**ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

# ORDER

The Court ORDERS as follows:

The time for Defendants to move, answer or otherwise respond to the Complaint shall be extended until such time as the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion before it in this case and the related actions (the "MDL Motion").

If the pending MDL Motion seeking transfer for multidistrict litigation pretrial proceedings is granted, the time for Defendants to move, answer, or otherwise respond to the Complaint shall be extended until a consolidated scheduling order is entered by a transferee court.

If the pending MDL Motion is denied, the time for Defendant to move, answer, or otherwise respond to the Complaint shall be 30 days from the date of such order denying centralization.

**IT IS SO ORDERED.**

Dated: February 19, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE